■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH CONNOLLY, Appellant. [684 NYS2d 781] —Judgment, Supreme Court, Bronx County (Daniel Sullivan, J.), rendered December 16, 1996, convicting defendant, after a nonjury trial, of manslaughter in the second degree, and sentencing him to a term of 5 to 15 years, unanimously affirmed.

Defendant's motion to suppress statements was properly denied. We see no reason to disturb the court's credibility determinations (*see, People v Prochilo*, 41 NY2d 759, 761).

We perceive no abuse of sentencing discretion. Concur—Williams, J. P., Lerner, Rubin and Saxe, JJ.